BENNETT M. COHEN, Esq. (SBN 98065)
Law Office of Bennett M. Cohen, PC
1438 Market Street
San Francisco, California 94102
Telephone (415) 864-3246; Fax (415) 373-9365
Email: bennettmcohen@gmail.com

Attorney for BRICEIDA RYAN,
by and through her Guardian Ad Litem,
AUDRENA DOMINGUES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN BENEFIT LIFE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BRICEIDA RYAN, SILVIA CAMMARERI, and DOES 1-10,<br><br>Defendants. | Case No. 16-CV-05625-JSC<br><br>ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE POLICY, RECOVERY OF POLICY BENEFITS PAID)<br><br>DEMAND FOR JURY TRIAL |
| BRICEIDA RYAN, BY AND THROUGH HER GUARDIAN AD LITEM, AUDRENA DOMINGUES,<br><br>Counterclaimant,<br><br>vs.<br><br>LINCOLN BENEFIT LIFE COMPANY<br><br>Counterdefendant. | Case No. 16-CV-05625-JSC<br><br>COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE<br>(Compensatory And Punitive Damages)<br><br>DEMAND FOR JURY TRIAL |

ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE POLICY, RECOVERY OF POLICY BENEFITS PAID); COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE (Compensatory And Punitive Damages)

Defendant BRICEIDA RYAN (hereafter "Briceida Ryan"), by and through her daughter and Guardian Ad Litem, Audrena Domingues, and, further, pursuant to the Power of Attorney granted to Audrena Domingues, answers the Complaint of Plaintiff Lincoln Benefit Life Company as follows:

## PRELIMINARY STATEMENT

Briceida Ryan is cognitively and visually impaired and is unable to address the allegations in this lawsuit brought against her by Plaintiff Lincoln Benefit Life Company. Audrena Domingues, the daughter of Breceida Ryan, has been granted her Power of Attorney and is filing this Answer and Counterclaim on her mother's behalf.  (A copy of the Power of Attorney is attached as Exhibit A.)

An application for the appointment of Audrena Domingues as Briceida Ryan's Guardian Ad Litem will be filed with the Court.  On the assumption that the application will be granted, this Answer and Counterclaim identifies Audrena Domingues as Briceida Ryan's Guardian Ad Litem.

## ALLEGATIONS IN COMPLAINT

1.     Answering paragraph Number One, Briceida Ryan, by and through Audrena Domingues, admits that Lincoln Benefit Life Company is an insurance company engaged in the business of insurance in California.

2.     Answering paragraph Number Two, Briceida Ryan, by and through Audrena Domingues, admits that at all relevant times she lived in the County of San Mateo, California.

Case No. 16-CV-05625-JSC

ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE POLICY, RECOVERY OF POLICY BENEFITS PAID); COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE (Compensatory And Punitive Damages)

3.      Answering paragraph Number Three, Briceida Ryan, by and through Audrena Domingues, admits that at all relevant times Silvia Cammareri lived in the County of San Mateo, California.

4.      Answering paragraph Number Four, Briceida Ryan, by and through Audrena Domingues, admits that the amount in controversy is in excess of $75,000.  Briceida Ryan, by and through Audrena Domingues, is without sufficient knowledge or information to form a belief as to the truth of the other allegations contained in this paragraph and, based thereon, denies the remaining allegations in this paragraph.

5.      Answering paragraph Number Five, Briceida Ryan, by and through Audrena Domingues, admits that the insurance policy described in Lincoln Benefit Life Company's complaint ("the Policy") was delivered and the premiums were paid in this judicial district and further admits that at least some of the events and alleged omissions stated in Lincoln Benefit Life Company's Complaint occurred in this judicial district and, based thereon, admits that venue is properly placed in this district.

6.      Answering paragraph Number Six, Briceida Ryan, by and through Audrena Domingues, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph and, based thereon, denies the allegations in this paragraph.

7.      Answering paragraph Number Seven, Briceida Ryan, by and through Audrena Domingues, admits that she applied to Lincoln Benefit Life Company for a long term care policy

ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE POLICY, RECOVERY OF POLICY BENEFITS PAID); COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE (Compensatory And Punitive Damages)

of insurance ("the Policy") and that Lincoln Benefit Life Company approved her application. Briceida Ryan, by and through Audrena Domingues, admits that the application for the Policy is dated and signed on November 10, 1998 but is without sufficient knowledge or information to form a belief as to the truth of the allegation that the application was submitted to Lincoln Benefit Life Company on that day and, based thereon, denies this allegation.  Briceida Ryan, by and through Audrena Domingues, admits that the Policy is designated Policy No. 10 7000048852W.  Briceida Ryan, by and through Audrena Domingues, admits that the Policy was to remain in effect so long as she paid the premiums for the Policy.  Briceida Ryan, by and through Audrena Domingues, is without sufficient knowledge or information to form a belief as to the truth of the allegation as to precisely the date that the Policy went into effect and, based thereon, denies this allegations.  Briceida Ryan, by and through Audrena Domingues, is without sufficient knowledge or information to form a belief as to the truth of the allegation that the insurance policy attached as Exhibit A to Lincoln Benefit Life Company's complaint is a true and correct copy and, based thereon, denies this allegation.

8.     Answering paragraph Number Eight, Briceida Ryan, by and through Audrena Domingues, is without sufficient knowledge or information as to the content of the Policy to form a belief as to the truth of the allegations in this paragraph and, based thereon, denies them.

9.     Answering paragraph Number Nine, Briceida Ryan, by and through Audrena Domingues, admits that she gave notice in 2010 of her claim for long term care to Lincoln Benefit Life Company and that in 2010 she submitted her "Claim for Long Term Care

ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE POLICY, RECOVERY OF POLICY BENEFITS PAID); COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE (Compensatory And Punitive Damages)

Claimant's Statement."  Briceida Ryan, by and through Audrena Domingues, however, is without sufficient knowledge or information of the exact days when these acts were accomplished to form a belief as to the truth of these allegations and, based thereon, denies them. Briceida Ryan, by and through Audrena Domingues, admits the remaining allegations in this paragraph.

10.   Answering paragraph Number Ten, Briceida Ryan, by and through Audrena Domingues, admits that Lincoln Benefit Life Company approved Briceida Ryan's claim for benefits.  Briceida Ryan, by and through Audrena Domingues, is without sufficient knowledge or information to form a belief as to the truth of Lincoln Benefit Life Company's allegation as to the reason or reasons it approved Briceida Ryan claim or the exact date on which the claim was approved and, based thereon, denies the remaining allegations in this paragraph.

11.   Answering paragraph Number Eleven, Briceida Ryan, by and through Audrena Domingues, admits that Lincoln Benefit Life Company has paid Briceida Ryan benefits from January, 2010 through July 20, 2016 but is without sufficient knowledge or information to form a belief as to the truth of the allegations as to the exact amounts that Lincoln Benefit Life Company has paid in benefits or other allegations in this paragraph and, based thereon, denies the remaining allegations in this paragraph.

12.   Answering paragraph Number Twelve, Briceida Ryan, by and through Audrena Domingues, denies that she provided to Lincoln Benefit Life Company Home Health Service Caregiver Activity Notes and admits that Silvia Cammareri, on behalf of Briceida Ryan and as

ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE POLICY, RECOVERY OF POLICY BENEFITS PAID); COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE (Compensatory And Punitive Damages)

her independent caregiver, provided Home Health Service Caregiver Activity Notes to Lincoln Benefit Life Company.  Briceida Ryan, by and through Audrena Domingues, is without sufficient knowledge or information to form a belief as to the truth of the other allegations in this paragraph as to the dates and content of these records or notes and, based thereon, denies the remaining allegations.

13.     Answering paragraph Number Thirteen, Briceida Ryan, by and through Audrena Domingues, admits that Silvia Cammareri was pregnant and gave birth on September 29, 2016 but is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and, based thereon, denies the remaining allegations in this paragraph.

14.     Answering paragraph Number Fourteen, Briceida Ryan, by and through Audrena Domingues, admits that she is a published author and admits that she has made statements indicating that she has psychic abilities.  Briceida Ryan, by and through Audrena Domingues, is without sufficient knowledge or information to form a belief as to the truth of the allegations as to what "research" or "background checks" Lincoln Benefit Life Company performed or claims to have performed and, based thereon, denies Lincoln Benefit Life Company's allegations as to its conducting of "research" or "background checks."  Briceida Ryan, by and through Audrena Domingues, denies all remaining allegations in this paragraph.

15.     Answering paragraph Number Fifteen, Briceida Ryan, by and through Audrena Domingues, states that these allegations are so vague, indefinite and unintelligible as to render it unreasonably difficult to respond and, based thereon, denies these allegations.  Briceida Ryan, by

Case No. 16-CV-05625-JSC

ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE POLICY, RECOVERY OF POLICY BENEFITS PAID); COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE (Compensatory And Punitive Damages)

and through Audrena Domingues, further states that she is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph and, based thereon, denies the allegations in this paragraph.

## FIRST CAUSE OF ACTION
### (FOR FRAUD)

16.     Answering paragraph Number Sixteen, Briceida Ryan, by and through Audrena Domingues, denies the allegations in this paragraph.

17.     Answering paragraph Number Seventeen, Briceida Ryan, by and through Audrena Domingues, denies the allegations in this paragraph.

18.     Answering paragraph Number Eighteen, Briceida Ryan, by and through Audrena Domingues, denies the allegations in this paragraph.

19.     Answering paragraph Number Nineteen, Briceida Ryan, by and through Audrena Domingues, denies the allegations in this paragraph.

20.     Answering paragraph Number Twenty, Briceida Ryan, by and through Audrena Domingues, denies the allegations in this paragraph.

## SECOND CAUSE OF ACTION
### (Conversion)

21.     Answering paragraph Number Twenty-One, Briceida Ryan, by and through Audrena Domingues, denies the allegations in this paragraph.

22.     Answering paragraph Number Seven Twenty-Two, Briceida Ryan, by and through Audrena Domingues, denies the allegations in this paragraph.

Case No. 16-CV-05625-JSC

ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE POLICY, RECOVERY OF POLICY BENEFITS PAID); COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE (Compensatory And Punitive Damages)

23.     Answering paragraph Number Twenty-Three, Briceida Ryan, by and through Audrena Domingues, denies the allegations in this paragraph.

24.     Answering paragraph Number Twenty-Four, Briceida Ryan, by and through Audrena Domingues, denies the allegations in this paragraph.

25.     Answering paragraph Number Twenty-Five, Briceida Ryan, by and through Audrena Domingues, denies the allegations in this paragraph.

### THIRD CAUSE OF ACTION
### (Declaratory Relief re: LINCOLN's Right to Void the Policy)

26.     Answering paragraph Number Twenty-Six, Briceida Ryan, by and through Audrena Domingues, denies the allegations in this paragraph.

27.     Answering paragraph Number Twenty-Seven, Briceida Ryan, by and through Audrena Domingues, denies the allegations in this paragraph.

28.     Answering paragraph Number Twenty-Eight, Briceida Ryan, by and through Audrena Domingues, admits that an actual controversy exists as to Lincoln Benefit Life Company's right to void the Policy and, further, admits that Lincoln Benefit Life Company is making the contentions set forth in this paragraph.

29.     Answering paragraph Number Twenty-Nine, Briceida Ryan, by and through Audrena Domingues, admits that Lincoln Benefit Life Company is making the contentions in this paragraph.

30.     Answering paragraph Number Thirty, Briceida Ryan, by and through Audrena Domingues, admits that she disputes Lincoln Benefit Life Company's contentions and admits

ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE POLICY, RECOVERY OF POLICY BENEFITS PAID); COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE (Compensatory And Punitive Damages)

that she contends that she is entitled to further policy benefits beyond those that have already been paid.

31.     Answering paragraph Number Thirty-One, Briceida Ryan, by and through Audrena Domingues, denies the allegations in this paragraph.

## FOURTH CAUSE OF ACTION
### (Declaratory Relief re: LINCOLN's Right to Recover Policy Benefits Paid)

32.     Answering paragraph Number Thirty-Two, Briceida Ryan, by and through Audrena Domingues, denies the allegations in this paragraph.

33.     Answering paragraph Number Thirty-Three, Briceida Ryan, by and through Audrena Domingues, admits that an actual controversy exists as to Lincoln Benefit Life Company's right to recover benefits already paid and, further, admits that Lincoln Benefit Life Company is making the contentions set forth in this paragraph.

34.     Answering paragraph Number Thirty-Four, Briceida Ryan, by and through Audrena Domingues, admits that Lincoln Benefit Life Company is making the contentions set forth in this paragraph.

35.     Answering paragraph Number Thirty-Five, Briceida Ryan, by and through Audrena Domingues, admits that she disputes Lincoln Benefit Life Company's contentions and admits that she contends that she is entitled to Policy benefits already paid and to further policy benefits beyond those that have already been paid.  On information and belief, Briceida Ryan, by and through Audrena Domingues, admits that Silvia Cammareri disputes Lincoln Benefit Life

ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE POLICY, RECOVERY OF POLICY BENEFITS PAID); COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE (Compensatory And Punitive Damages)

Company's contentions and admits that she contends that Briceida Ryan is entitled to Policy benefits already paid and to further policy benefits beyond those that have already been paid.

36.     Answering paragraph Number Thirty-Six, Briceida Ryan, by and through Audrena Domingues, denies the allegations in this paragraph.

## **AFFIRMATIVE DEFENSES**

### FIRST AFFIRMATIVE DEFENSE
(Failure to State Cause Of Action)

The Complaint and each purported cause of action therein fails to state facts sufficient to set forth a claim for relief against Briceida Ryan.

### SECOND AFFIRMATIVE DEFENSE
(Statute of Limitations)

The Complaint, and each purported cause of action alleged therein, is barred by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE
(Estoppel)

By reasons of the acts, omissions, and representations of Lincoln Benefit Life Company, the Complaint is barred by the doctrine of estoppel.

### FOURTH AFFIRMATIVE DEFENSE
(Waiver)

By reasons of the acts, omissions, and representations of Lincoln Benefit Life Company, the Complaint is barred by the doctrine of waiver.

ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE POLICY, RECOVERY OF POLICY BENEFITS PAID); COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE (Compensatory And Punitive Damages)

FIFTH AFFIRMATIVE DEFENSE

(Breach Of The Covenant Of Good Faith And Fair Dealing)

By terminating benefits and filing this action and by other conduct, Lincoln Benefit Life Company has breached the covenant of good faith and fair dealing as to Briceida Ryan.

SIXTH AFFIRMATIVE DEFENSE
(Elder Abuse)

By terminating benefits and filing this action, Lincoln Benefit Life Company has committed elder abuse toward Briceida Ryan and has violated the California Elder Abuse laws.

**Prayer For Relief**

WHEREFORE, Briceida Ryan, by and through Audrena Domingues, prays for judgment as follows:

1.     That Lincoln Benefit Life Company take nothing by reason of its Complaint on file herein;

2.     That Lincoln Benefit Life Company's claims, and each of them, be dismissed;

3.     That Briceida Ryan be awarded its costs of suit incurred herein;

4.     That Briceida Ryan be awarded attorney fees under any and all applicable statutory and case law or legal doctrine;

5.     For such other relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Case No. 16-CV-05625-JSC

ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE POLICY, RECOVERY OF POLICY BENEFITS PAID); COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE (Compensatory And Punitive Damages)

BRECEIDA RYAN hereby demands a jury trial for this action.


Dated:  December 5, 2016          */s/ Bennett M. Cohen*
                                  Bennett M. Cohen
                                  Attorney for BRECEIDA RYAN, by and through
                                  AUDRENA DOMINGUES, pursuant to her Power
                                  of Attorney and as Guardian Ad Litem


## COUNTERCLAIM

COUNTERCLAIMANT BRICEIDA RYAN (hereafter "Briceida Ryan"), by and through

her daughter and Guardian Ad Litem, Audrena Domingues, and, further, pursuant to the Power

of Attorney granted to Audrena Domingues, alleges as follows:

1.      At all times herein mentioned, COUNTERDEFENDANT LINCOLN BENEFIT

LIFE COMPANY (hereafter "Lincoln Benefit Life Company") is an insurance company

engaged in the sale of insurance and the adjustment of claims in the County of San Mateo, State

of California.

2.      On information and belief, at the time Lincoln Benefit Life Company designed,

priced, marketed and sold its long term care policies to the public, including to Briceida Ryan,

Lincoln Benefit Life Company made actuarial miscalculations, faulty projections and other

errors.  As a result thereof, on information and belief, Lincoln Benefit Life Company's long term

care policies did not have a sound and/or sufficiently sound actuarial basis and have been more

costly and less profitable than Lincoln Benefit Life Company anticipated and desired; as set forth

ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE
POLICY, RECOVERY OF POLICY BENEFITS PAID); COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN
CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE (Compensatory And
Punitive Damages)

herein, on information and belief, Lincoln Benefit Life Company's actuarial miscalculations, projections and other errors and its adverse claims experience, including the higher than expected costs and lower than expected profitability for these policies, were a substantial factor in Lincoln Benefit Life Company's decision to terminate Briceida Ryan's benefits, deny her claim, and file this lawsuit.

3.      Lincoln Benefit Life Company has consented to this Court's jurisdiction by filing its Complaint against Briceida Ryan and Silvia Cammareri.

4.      At all times herein, Briceida Ryan was a resident of the County of San Mateo, State of California.

5.      Audrena Domingues is the daughter of Briceida Ryan.  Audrena Domingues holds a Power of Attorney from her mother, Briceida Ryan (attached as Exhibit A).  An application will be made to the Court to appoint Audrena Domingues as the Guardian Ad Litem for Counterclaimant Briceida Ryan; as such, and in anticipation that the application will be granted, Audrena Domingues is referred to herein as Briceida Ryan's Guardian Ad Litem.

FIRST CAUSE OF ACTION BROUGHT BY BRICEIDA RYAN AGAINST
COUNTERDEFENDANT LINCOLN BENEFIT LIFE COMPANY
[BREACH OF WRITTEN CONTRACT]

Briceida Ryan hereby incorporates by reference paragraphs 1 through 5, and makes them part of this, the first cause of action, as though fully set out herein.

6.      In or around 1998, in San Mateo, California, Lincoln Benefit Life Company entered into a written contract of insurance with Briceida Ryan.  The written contract of

ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE POLICY, RECOVERY OF POLICY BENEFITS PAID); COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE (Compensatory And Punitive Damages)

insurance is referred to hereafter as "the Policy."  At all times, the contract was to be performed in the County of San Mateo, California.  Under the Policy, Lincoln Benefit Life Company agreed to provide to Briceida Ryan long term care insurance.

7.      At all times thereafter, Briceida Ryan was and remains insured under the Policy.

8.      Beginning in or around 2009 and continuing thereafter, due to a brain tumor and other conditions, Briceida Ryan experienced cognitive impairment, visual impairment and other disabilities, limitations, and adverse effects.

9.      In or around January, 2010, Briceida Ryan applied for long term care benefits under the Policy.

10.      For a period before the submission of her application, at the time of its submission and at all times thereafter, Briceida Ryan qualified for long term care benefits under the Policy. Due to her conditions and resulting impairments, limitations, disabilities and adverse effects, Briceida Ryan qualifies for benefits under the Policy for the remainder of her life.

11.      At all times herein mentioned, Briceida Ryan has fulfilled any and all material obligations under the Policy or was prevented from doing so by Lincoln Benefit Life Company and/or Briceida Ryan's performance of said material obligations were excused by Defendants' conduct and/or by operation of law; at all times herein mentioned, said Policy was in full force and effect.

ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE POLICY, RECOVERY OF POLICY BENEFITS PAID); COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE (Compensatory And Punitive Damages)

12.    From approximately January, 2010 through a portion of July, 2016, Lincoln Benefit Life Company approved Briceida Ryan's claim and paid benefits under the Policy to her in the County of San Mateo of approximately $2873.36 bi-weekly.

13.    In or about July, 2016, and notwithstanding that Briceida Ryan continued to qualify for benefits under the Policy, Lincoln Benefit Life Company terminated benefits.  On or about October 4, 2016, Lincoln Benefit Life Company denied Briceida Ryan's claim.  On or about October 5, 2016, Lincoln Benefit Life Company brought this lawsuit against Briceida Ryan to void the Policy, recover benefits it made in payment of her claim dating back to 2010 and, further, to recover other alleged damages, costs and attorneys fees.

14.    Lincoln Benefit Life Company's denial and termination of benefits to Briceida Ryan were and are erroneous and without merit and constitute breaches of its contractual obligations.  Lincoln Benefit Life Company's lawsuit to void the Policy and recover benefits previously paid as well as recover the other amounts referred to above was and is erroneous and without merit and constitutes a breach of its contractual obligations.

15.    By reason of Lincoln Benefit Life Company's aforesaid conduct, Briceida Ryan has suffered a loss of benefits due and owing under the Policy; said loss of benefits continues to accrue and will accrue for the rest of her life.  Briceida Ryan does not at this time know the reasonable value thereof but prays that the same may be inserted herein when ascertained.

ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE POLICY, RECOVERY OF POLICY BENEFITS PAID); COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE (Compensatory And Punitive Damages)

## SECOND CAUSE OF ACTION BROUGHT BY BRICEIDA RYAN
## AGAINST LINCOLN BENEFIT LIFE COMPANY
## [BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING]

As and for a further, separate and distinct cause of action, Briceida Ryan hereby incorporates by reference paragraphs 1 through 15, and makes them part of this, the second cause of action, as though fully set out herein.

16.     On information and belief, insurance companies such as Lincoln Benefit Life Company make money from their long term care policies by selling these policies, receiving premium, and investing premium dollars to earn income to help support corporate earnings and reserves; insurers, such as Lincoln Benefit Life Company, depend on receiving the earned premiums from such policies and the return on investment of such premiums to pay claims and generate corporate earnings sufficient to meet costs and generate profit.

17.     On information and belief, from in or about 2008 or earlier and until the present, Lincoln Benefit Life Company and other insurance companies have been operating in an economic environment -- including a low interest rate environment -- which has negatively or adversely impacted their ability generate sufficient investment income to maintain reserves, meet costs and generate profits; accordingly, Lincoln Benefit Life Company and other insurers have engaged in a pattern of seeking rate increases to increase their premium income.

18.     On information and belief, subsequent to the sale of their policies, the claims experience of Lincoln Benefit Life Company and other insurance companies was that their insureds, such as Briceida Ryan, were becoming eligible for benefits at a rate higher than they

ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE POLICY, RECOVERY OF POLICY BENEFITS PAID); COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE (Compensatory And Punitive Damages)

had anticipated, and/or remaining on claim longer than they had anticipated, and/or receiving

increases in the amount of their benefits under the terms of the policies; as such, on information

and belief, the policies had become or were becoming more costly and less profitable than they

had anticipated; as a result thereof, in the case of Lincoln Benefit Life Company, its liabilities on

its policies exceeded its expectations, projections and plans -- and such liabilities impacted its

earnings.

19.     On information and belief, Lincoln Benefit Life Company's actuarial errors and

miscalculations and its unanticipated and/or undesired claims experience, including its

experience with Briceida Ryan's claim, was a substantial factor in its decision to terminate

Briceida Ryan's benefits, deny her claim, and file this lawsuit against her.

20.     Lincoln Benefit Life Company breached its duty of good faith and fair dealing to

Briceida Ryan in multiple ways, including but not limited to the following: unreasonably

investigating and/or failing to investigate Plaintiff's claim; unreasonably disregarding evidence

that supported payment of her claim; unreasonably reviewing the medical evidence and other

evidence; unreasonably reading, disregarding, interpreting and applying the terms and provisions

of the Policy; unreasonably stating/misstating to Briceida Ryan her rights, obligations, and

eligibility for benefits under the Policy; unreasonably developing, adopting and applying claims

policies, practices and procedures that are intended, and/or have the effect of, enabling Lincoln

Benefit Life Company to deny claims or terminate benefits, including Briceida Ryan's claim;

unreasonably seeking to avoid and escape the consequences of its own misjudgments, faulty

ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE
POLICY, RECOVERY OF POLICY BENEFITS PAID); COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN
CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE (Compensatory And
Punitive Damages)

projections and other actuarial errors and/or other errors relating to its designing, marketing, pricing and selling of its long term care policies, including the Policy sold to Briceida Ryan; unreasonably terminating benefits to Briceida Ryan in response to her request for an increased benefit that was due and owing under the Policy and otherwise unreasonably terminating her benefits; unreasonably denying Briceida Ryan's claim; unreasonably filing this lawsuit to void the Policy and recover benefits previously paid as well as to recover punitive damages and attorneys fees; and, further, engaging in other conduct that was unreasonable and in violation of the covenant of good faith and fair dealing.

21.    Briceida Ryan was born on September 24, 1943 and, as such, is 73 years old at the time of the filing of this document.  At all times herein mentioned, Lincoln Benefit Life Company had knowledge of Briceida Ryan's age, her medical condition including but not limited to her cognitive impairment and visual impairment, disability and vulnerability.

22.    As a result of Lincoln Benefit Life Company's aforesaid conduct, Briceida Ryan has suffered and continues to suffer mental and emotional distress and physical harm and has suffered general damages; Briceida Ryan does not at this time know the reasonable value thereof but prays that the same may be inserted herein when ascertained.

23.    At all times herein mentioned and prior thereto, Lincoln Benefit Life Company's aforesaid conduct, including but not limited to its termination of benefits to Briceida Ryan, its denial of her claim, its filing of this lawsuit to void the Policy and recover benefits previously paid as well as to recover punitive damages and attorneys fees, constitutes fraud, oppression

ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE POLICY, RECOVERY OF POLICY BENEFITS PAID); COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE (Compensatory And Punitive Damages)

and/or malice within the meaning of California Civil Code Section 3294 and applicable law; all of said aforesaid acts were acts committed or authorized by managing agents of Lincoln Benefit Life Company or accomplished with their authorization or knowledge and/or ratified by Lincoln Benefit Life Company and/or were grounded in company policy and/or committed by employees whose unfitness was known to Lincoln Benefit Life Company.

24.   By reason of Lincoln Benefit Life Company's aforesaid conduct, Briceida Ryan prays for punitive and exemplary damages in excess of this Court's minimal jurisdictional limit and according to proof.

THIRD CAUSE OF ACTION BROUGHT BY BRICEIDA RYAN
AGAINST LINCOLN BENEFIT LIFE COMPANY
[ELDER ABUSE]

As and for a further, separate and distinct cause of action, Plaintiff hereby incorporates by reference paragraphs 1 through 24 and makes them part of this, the third cause of action, as though fully set out herein.

25.   In performing the acts referred to herein, including but not limited to terminating payment of Briceida Ryan's long term care benefits, denying her claim for such benefits, filing this lawsuit to obtain reimbursement of benefits previously paid and seeking punitive damages and attorneys fees, Liberty Life Benefit Company has engaged and is engaged in the taking, secreting, appropriating, obtaining, and retaining property of an elder for a wrongful use and/or with intent to defraud within the meaning of the "Elder Abuse" statutes, including California Welfare and Institutions Code Section 15610.30, and applicable case law.

19

Case No. 16-CV-05625-JSC

ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE POLICY, RECOVERY OF POLICY BENEFITS PAID); COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE (Compensatory And Punitive Damages)

26.     In performing the acts referred to herein, Liberty Life Benefit Company has caused and is causing Briceida Ryan the loss of funds, payments and assets that are essential for her health, welfare and maintenance.  At all times herein mentioned, Briceida Ryan was substantially more vulnerable than other members of the public to Liberty Life Benefit Company's conduct because of her age, poor health or infirmity, impaired understanding, restricted mobility, disability, and need for long term care benefits.  At all times herein mentioned, Liberty Life Benefit Company had knowledge of Briceida Ryan's age, poor health or infirmity, impaired understanding, restricted mobility, and disability and need for long term care benefits.

27.     As a result of Lincoln Benefit Life Company's aforesaid conduct, Briceida Ryan has suffered the injuries and damages herein mentioned.

28.     Additionally, by reason of the elder abuse described herein, Liberty Life Benefit Company, Briceida Ryan is liable for treble damages, costs and attorneys fees under California Civil Code Section 3345.

WHEREFORE, Briceida Ryan prays for judgment as follows:

1.     For all withheld insurance benefits according to proof;

2.     For all other special damages according to proof;

3.     For general damages according to proof;

4.     For punitive and exemplary damages according to proof;

Case No. 16-CV-05625-JSC

ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE POLICY, RECOVERY OF POLICY BENEFITS PAID); COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE (Compensatory And Punitive Damages)

5.     For treble damages under California Civil Code Section 3345 and any other applicable statutory and case law;

6.     For attorney's fees recoverable under the California Elder Abuse statutes according to proof, including but not limited to California Civil Code Section 3345;

7.     For attorney's fees for recovery of the insurance benefits according to proof and any and all other attorney's fees recoverable by reason of Lincoln Benefit Life Company's termination of the payment of insurance benefits to Briceida Ryan and the denial of her claim;

8.     For costs of suit herein incurred according to proof;

9.     For pre-judgment and post-judgment interest as allowed by law; and

10.    For any further and additional relief that this Court may deem just and proper.


Dated:  December 5, 2016        */s/ Bennett M. Cohen*
                                Bennett M. Cohen
                                Attorney for BRECEIDA RYAN, by and through
                                AUDRENA DOMINGUES, pursuant to her Power
                                of Attorney and as Guardian Ad Litem


## DEMAND FOR JURY TRIAL

BRICEIDA RYAN HEREBY DEMANDS A JURY TRIAL OF THIS ACTION.

Dated:  December 5, 2016


                                */s/ Bennett M. Cohen*
                                Bennett M. Cohen
                                Attorney for BRECEIDA RYAN, by and through
                                AUDRENA DOMINGUES, pursuant to her Power
                                of Attorney and as Guardian Ad Litem

Case No. 16-CV-05625-JSC

ANSWER TO COMPLAINT FOR FRAUD, CONVERSION, DECLARATORY RELIEF (VOIDANCE OF INSURANCE POLICY, RECOVERY OF POLICY BENEFITS PAID); COUNTERCLAIM FOR DAMAGES FOR BREACH OF WRITTEN CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, ELDER ABUSE (Compensatory And Punitive Damages)